CHARLES LINGSWEILER et al., Respondents, *v.* GEORGE WILLIAM HART, as Trustee, Appellant, Impleaded with Others.

*Lingsweiler* v. *Hart*, 10 App. Div. 156, affirmed.
(Argued April 21, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Decem-

ber 7, 1896, affirming a judgment entered upon a decision of the court on trial at Special Term.

*Alex. Thain* for appellant.

*H. B. Closson, D. B. Ogden, Roderick Robertson* and *Charles F. Davies* for respondents.

Judgment affirmed, with costs, on prevailing opinion below. All concur.